122 Ill. App.2d 484 (1970)
258 N.E.2d 833
H. Lee Hopwood, Plaintiff-Appellant,
v.
Patricia E. Hopwood, Defendant-Appellee, Consolidated With H. Lee Hopwood, Plaintiff-Appellant,
v.
Patricia E. Hopwood, a/k/a Patricia E. Kern, Defendant-Appellee.
Gen. Nos. 11,089-11,147. (Consolidated.).
Illinois Appellate Court  Fourth District.
May 21, 1970.
Drach, Terrell & Deffenbaugh, of Springfield, for appellant.
Sorling, Catron & Hardin, of Springfield (George W. Cullen and Patrick V. Reilly, of counsel), for appellee.
(Abstract of Decision.)
Opinion by JUSTICE TRAPP.
Affirmed.
Not to be published in full.